| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FRIEDMAN, BERNARD A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 04/15/2014 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

100 UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-Employed Psychological Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | New Plan Administrator |
| 2.  Prin Trust (SM) Tgt 2020 Fund | A | Dividend | M | T | | | | | |
| 3.  STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 4.  Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5.  Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 6.  Rainier Lg. Cap. | A | Dividend | J | T | | | | | |
| 7.  FIDELITY FUND MANAGER PROGRAM PORTFOLIO ADVISORY (IRA) | | None | | | | | | | (Heading) |
| 8.  Blackstone Alternative Multi-Manager Fund I | A | Dividend | J | T | Buy | 08/06/13 | J | | Fidelity |
| 9.  Fimm MMKT Port Inst CL | A | Dividend | J | T | Buy | 03/20/13 | J | | Fidelity |
| 10.  Strategic Advisers Core Fund | B | Dividend | K | T | | | | | |
| 11.  Strategic Advisers Growth Fund | A | Dividend | K | T | | | | | |
| 12.  Strategic Advisers Value Fund | B | Dividend | K | T | | | | | |
| 13.  Strategic Advisers Emerging Markets | A | Dividend | J | T | | | | | |
| 14.  Strategic Advisers U S Opportunity Fund | A | Dividend | J | T | | | | | |
| 15.  Strategic Advisers Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 16.  Strategic Advisers International Fund | B | Dividend | L | T | | | | | |
| 17.  Fidelity Short Term Bond | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 19. Strategic Advisers Income Opportunities | A | Dividend | J | T | | | | | |
| 20. Strategic Advisers Core Income Fund | A | Dividend | J | T | | | | | |
| 21. Arden Alternative Strategies Class | A | Dividend | J | T | | | | | |
| 22. Strategic Advisors Short-Term Duration | A | Dividend | J | T | | | | | |
| 23. Franklin Gold & Precious Metals CL A | A | Dividend | | | Sold | 03/20/13 | K | | Fidelity |
| 24. Pimco Total Return Adm. Shares | A | Dividend | J | T | | | | | |
| 25. Pimco Short-Term Adm. Shares | A | Dividend | J | T | | | | | |
| 26. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 27. Lloyd's Mobile Home Ltd. P'ship Int. | | None | K | W | | | | | |
| 28. Archwood Apt. Assoc. Ltd. Partnership Interest | | None | K | W | | | | | |
| 29. Lighthouse Pte. Apt. Project Limited Partners | | None | | | Sold | 12/02/13 | J | B | Slatkin Corp. |
| 30. Weathervane Apt. Assoc., a Ltd. Partnership | | None | K | W | | | | | |
| 31. Bellridge Apartment Assoc., Limited Partnership | | None | K | W | | | | | |
| 32. Kingsborough Ltd. P/S in Mobile Home Park | | None | K | W | | | | | |
| 33. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 34. OLTC, Ltd. | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 36. Certificates of Deposit/Regular Savings - JP Morgan Chase | B | Interest | M | T | | | | | |
| 37. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 38. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 39. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 40. Pepsico | C | Dividend | N | T | | | | | |
| 41. Disney | A | Dividend | J | T | | | | | |
| 42. Kellogg | A | Dividend | K | T | | | | | |
| 43. Lockheed Martin | A | Dividend | J | T | | | | | |
| 44. CMS Energy | A | Dividend | J | T | | | | | |
| 45. NCR | A | Dividend | J | T | | | | | |
| 46. Teradata Corporation | | None | J | T | | | | | |
| 47. Target | A | Dividend | J | T | | | | | |
| 48. Wal-Mart | A | Dividend | J | T | | | | | |
| 49. Glimcher Realty Trust | A | Dividend | J | T | | | | | |
| 50. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 51. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 53. University of Cincinnati Ohio | A | Interest | K | T | | | | | |
| 54. Pennyslvania State U | A | Interest | K | T | | | | | |
| 55. Washington State Motor | A | Interest | K | T | | | | | |
| 56. Ohio State Higher Ed. | A | Interest | K | T | | | | | |
| 57. Raleigh NC Pub | A | Interest | K | T | | | | | |
| 58. Ill Financial Aut Rev | A | Interest | K | T | | | | | |
| 59. FIA Bank NA | A | Int./Div. | | | Closed | 04/23/13 | M | | |
| 60. Bank of America NA | A | Int./Div. | | | Closed | 04/23/13 | M | | |
| 61. Atre Focus Fund | A | Dividend | K | T | Buy | 04/23/13 | K | | Merrill Lynch |
| 62. GA Belle Focus Five Fund | A | Dividend | K | T | Buy | 04/23/13 | K | | Merrill Lynch |
| 63. Vulcan Value Partners | A | Dividend | K | T | Buy | 04/23/13 | K | | Merrill Lynch |
| 64. Wells Fargo Absolute | A | Dividend | K | T | Buy | 04/23/13 | K | | Merrill Lynch |
| 65. Wintergreen Fund | A | Dividend | K | T | Buy | 04/23/13 | K | | Merrill Lynch |
| 66. MERRILL LYNCH MANAGED ACCOUNT | | | | | | | | | (Heading) |
| 67. American Capital World | A | Dividend | K | T | | | | | |
| 68. Blackrock Global | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fairholme Fund | A | Dividend | K | T | | | | | |
| 70. Franklin Mutual Global | A | Dividend | K | T | | | | | |
| 71. IVA Worldwide | A | Dividend | K | T | | | | | |
| 72. IVY Asset Strategy | A | Dividend | K | T | | | | | |
| 73. Jensen Portfolio CL 1 | A | Dividend | K | T | | | | | |
| 74. Pimco All Asset All | A | Dividend | K | T | | | | | |
| 75. Pimco Global Multi | A | Dividend | | | Sold | 04/23/13 | K | A | Merrill Lynch |
| 76. Third Avenue Value Fund | A | Dividend | K | T | | | | | |
| 77. UAM FPA Crescent Port | A | Dividend | K | T | | | | | |
| 78. Wells Fargo Advantage | A | Dividend | K | T | | | | | |
| 79. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 80. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 81. Diversified International | A | Dividend | J | T | | | | | |
| 82. Appreciation Fund | A | Dividend | J | T | | | | | |
| 83. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 84. Magellan | A | Dividend | J | T | | | | | |
| 85. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Canada | A | Dividend | J | T | | | | | |
| 87. Contrafund | A | Dividend | K | T | | | | | |
| 88. Fidelity Bal | A | Dividend | J | T | | | | | |
| 89. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 90. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 91. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 92. Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 93. Janus Fund | A | Dividend | J | T | | | | | |
| 94. American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 95. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 96. Capital Appreciation | A | Dividend | J | T | | | | | |
| 97. (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | WFargo bought Wachovia |
| 98. ADT Corp | A | Dividend | J | T | | | | | |
| 99. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 100. American Bal. Fund | A | Dividend | K | T | | | | | |
| 101. American International Group | A | Dividend | J | T | | | | | |
| 102. Archer Daniels Midland | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Arkema | A | Dividend | J | T | | | | | |
| 104. AT&T | A | Dividend | K | T | | | | | |
| 105. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 106. BP PLC | A | Dividend | J | T | Buy | 11/25/13 | J | | Wells Fargo |
| 107. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 108. CISCO Systems | A | Dividend | K | T | | | | | |
| 109. Coca-Cola | A | Dividend | K | T | | | | | |
| 110. Covidien, Ltd. | A | Dividend | J | T | | | | | |
| 111. Duke Energy | A | Dividend | J | T | | | | | |
| 112. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 113. Gartner Group - B | A | Dividend | J | T | | | | | |
| 114. General Electric | A | Dividend | K | T | | | | | |
| 115. General Mills | A | Dividend | K | T | | | | | |
| 116. Home Depot | A | Dividend | J | T | | | | | |
| 117. Intel Corp. | A | Dividend | J | T | | | | | |
| 118. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 119. Johnson & Johnson | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 121. Kimberly Clark | A | Dividend | K | T | | | | | |
| 122. Limited | A | Dividend | J | T | | | | | |
| 123. LSI Corp. | A | Dividend | J | T | | | | | |
| 124. Masco Corp. | A | Dividend | | | Donated | | | | |
| 125. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 126. Merck & Co. | B | Dividend | M | T | | | | | |
| 127. MGM Resorts International | A | Dividend | J | T | Buy | 10/25/13 | J | | Wells Fargo |
| 128. Motorola | A | Dividend | J | T | | | | | |
| 129. Pentair Ltd | A | Dividend | J | T | | | | | |
| 130. Pitney Bowes | A | Dividend | | | Sold | 05/01/13 | K | A | Wells Fargo |
| 131. Proassurance | A | Dividend | K | T | | | | | |
| 132. Prudential Financial | A | Dividend | J | T | | | | | |
| 133. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 134. Sysco Corp. | A | Dividend | L | T | | | | | |
| 135. TE Connectivity | A | Dividend | J | T | | | | | |
| 136. Teva Pharmaceutical ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tyco International | A | Dividend | K | T | | | | | |
| 138. Wells Fargo | A | Dividend | L | T | | | | | |
| 139. Walgreen | A | Dividend | J | T | | | | | |
| 140. Walt Disney | A | Dividend | J | T | | | | | |
| 141. Waste Management | A | Dividend | J | T | | | | | |
| 142. Whole Foods | A | Dividend | J | T | | | | | |
| 143. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 144. Invesco FDS European Growth | A | Dividend | K | T | | | | | |
| 145. Federated Kaufman | A | Dividend | J | T | | | | | |
| 146. R S Value Fund | A | Dividend | J | T | | | | | |
| 147. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 148. Janus Overseas Fund Class T | A | Int./Div. | J | T | | | | | |
| 149. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 150. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 151. Wells Fargo Bank CD | A | Dividend | N | T | | | | | |
| 152. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 153. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. J. P. Morgan Intrep. Mid-Cap | A | Dividend | | | Donated | | | | |
| 155. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 156. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 157. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 158. Growth Index Fund | A | Dividend | J | T | | | | | |
| 159. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 160. Manulife Financial *X | A | Dividend | K | T | | | | | |
| 161. DFCU CD | A | Interest | M | T | | | | | |
| 162. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 163. Janus Contrarian *X | A | Interest | J | T | | | | | |
| 164. Rowe T Price *X Equity INGM | A | Interest | J | T | | | | | |
| 165. Select Am. Shares *X | A | Interest | J | T | | | | | |
| 166. Vanguard Equity Income *X | A | Interest | K | T | | | | | |
| 167. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 168. Vanguard Wellington *X | A | Interest | K | T | | | | | |
| 169. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BERNARD A. FRIEDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544